AO-10
Rev. 1/89

# FINANCIAL DISCLOSURE REPORT

Annual Report Due by May 15 from Judicial Officers and
certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| HOOD, JOSEPH M. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY | 1/25/90 |
| **Title** | **Date of Entry/Nomination/Termination** (only if initial or final report) | **Reporting Period** (Calendar year, or inclusive dates) |
| UNITED STATES DISTRICT JUDGE | 1/24/90 | 1/1/89 to 1/24/90 |
| **Home or office address** Room 210, Carl Perkins Fed. Bldg. 1405 Greenup Avenue Ashland, Kentucky 41101 | | |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director | Ashland Area YMCA |
| Custodian, Uniform Gifts to Minors Act for son | First American Corp., Ashland, KY |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☒ NONE (No reportable non-investment income) | | |
| 1 | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOOD, JOSEPH M. | 1/25/90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |

* VALUE CODES:
J = $0 to $1,000
N = $50,001 to $100,000
K = $1,001 to $5,000
O = $100,001 to $250,000
L = $5,001 to $15,000
P = over $250,000
M = $15,001 to $50,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOOD, JOSEPH M. | 1/25/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | Date Month Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Growth Fund of America (J) | | | - | | sold | 5/8 | K | B | |
| 2 Louisville Gas & Electric Common Stock (S) | A | Div | J | T | | | | | |
| 3 AT&T Common Stock (S) | | | | | sold | 3/28 | J | A | |
| 4 First American Corp. Common Stock (DC) | A | Div | J | T | | | | | |
| 5 Ashland Fed. Savings & Loan Savings Acct. & CD (J) | B | Int | K | T | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A = exempt ($0 to $100) B = $101 to $1,000 C = $1,001 to $2,500 D = $2,501 to $5,000 E = $5,001 to $15,000 F = $15,001 to $50,000 G = $50,001 to $100,000 H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000) K = $1,001 to $5,000 L = $5,001 to $15,000 M = $15,001 to $50,000 N = $50,001 to $100,000 O = $100,001 to $250,000 P = over $250,000
3 Value Method Codes: Q = Appraisal R = Cost (real estate only) S = Assessed value T = Cash/market U = Book value V = Other W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOOD, JOSEPH M. | 1/25/90 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

[ X ] Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Joseph M. Hood_                               Date _1/25/90_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:

   Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 250 | 00 | Notes payable to banks—secured | 7 | 100 | 00 |
| U.S. Government securities—add schedule | – | – | | Notes payable to banks—unsecured | . | 750 | 00 |
| Listed securities—add schedule[1] | | 540 | 00 | Notes payable to relatives | – | – | |
| Unlisted securities—add schedule | – | – | | Notes payable to others | – | – | |
| Accounts and notes receivable: | | | | Accounts and bills due | – | – | |
| Due from relatives and friends | – | – | | Unpaid income tax | – | – | |
| Due from others | – | – | | Other unpaid tax and interest | – | – | |
| Doubtful | – | – | | Real estate mortgages payable—add schedule[3] | 38 | 300 | 00 |
| Real estate owned—add schedule[2] | 110 | 000 | 00 | Chattel mortgages and other liens payable | – | – | |
| Real estate mortgages receivable | – | – | | Other debts—itemize: | | | |
| Autos and other personal property | 64 | 000 | 00 | | – | – | |
| Cash value—life insurance | 7 | 200 | 00 | | – | – | |
| Other assets—itemize: Cash Value – CSR | 42 | 500 | 00 | | | | |
| | | | | Total liabilities | 46 | 150 | 00 |
| | | | | Net worth | 183 | 340 | 00 |
| Total assets | 229 | 490 | 00 | Total liabilities and net worth | 229 | 490 | 00 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | – | – | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | – | – | | |
| Legal Claims | – | – | Are you defendant in any suits or legal actions? | No |
| Provision for Federal Income Tax | – | – | | |
| Other special debt | – | – | Have you ever taken bankruptcy? | No |

1. **Listed securities**
   Louisville Gas & Electric Co.
   10 shares, common stock, at $40.00/share

   First American Corp., Kentucky Uniform Gift to Minors Act for son
   7 shares, common stock, at $20.00/share

2. **Real estate owned**
   House and Lot
   1008 Aberdeen Place
   Russell, KY 41169

3. **Real estate mortgages payable**
   Home loan
   Ashland Federal Savings and Loan
   Ashland, Kentucky

Digitized by Google